UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNY L. DAVIS,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 11-14094
Hon. Gerald E. Rosen
Magistrate Judge Laurie J. Michelson

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 25, 2012

PRESENT:  Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On June 15, 2012, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Donny L. Davis's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the thorough and well-reasoned analysis of the Magistrate Judge, and adopts the R & R in its entirety.

     Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's June 15, 2012 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's January 5, 2012 motion for summary judgment (docket #10) is DENIED, and that Defendant's February 24, 2012 motion for summary judgment (docket #11) is GRANTED.

                                     s/Gerald E. Rosen
                                     Chief Judge, United States District Court

Dated:  September 25, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

                                     s/Shawntel Jackson for Ruth A. Gunther
                                     Case Manager